CHARLES L. DeMARTINI, Appellant, v. PISTELL, DEANS & Co., INC., Respondent.— Order entered April 25, 1928, setting aside verdict and granting a new trial unanimously affirmed, with costs. It appearing that the order entered May 2, 1928, has been vacated, the appeal therefrom is dismissed, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

YETTIE DIAMOND, as Administratrix of the Estate of ADOLPH DIAMOND, Deceased, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order and judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Seeger and Carswell, JJ., dissent.

MORRIS DIDIA, Respondent, v. SAMUEL WEINBERG, Appellant.— Order denying defendant's motion for change of venue affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FISH & MARVIN, Respondent, v. LOUIS GARCIA CAAMANO, Otherwise Known as LUIS GARCIA CAAMANO, Appellant.— Judgment and order of the City Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

GAETANO FIAMMETTA GERMANA, Respondent, v. ANGELINA M. FERRARI, Appellant. CAROLINA GALLOTTI, etc., Individually and as Administratrix, etc., of FREDERICO GALLOTTI, etc., Deceased, and Another, Defendants.— Order denying motion to open default and vacate judgment, and order denying motion to permit a renewal of said motion, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

DELIA GALLOWAY, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WINIFRED R. GREEN, Respondent, v. THE LAKE PLACID COMPANY and THE LAKE PLACID CLUB, Appellants.— Order denying defendants' motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Seeger, J., dissents.

DORA HELLMAN, Appellant, v. DAVID HASENFRATZ and REGINA HASENFRATZ, Respondents.— Judgment dismissing complaint affirmed, with costs. No opinion. Lazansky, P. J., Rich and Kapper, JJ., concur; Young and Hagarty, JJ., dissent, being of opinion that there was a question of fact for the jury as to negligence and contributory negligence.

ISIDORE HELLMAN, Appellant, v. DAVID HASENFRATZ and REGINA HASENFRATZ, Respondents.— Judgment dismissing complaint affirmed, with costs. No opinion. Lazansky, P. J., Rich and Kapper, JJ., concur; Young and Hagarty, JJ., dissent, being of opinion that there was a question of fact for the jury as to negligence and contributory negligence.